No. 79–492.  FUNGAROLI *v.* FUNGAROLI.  Appeal from Ct. App. N. C.  Motion of appellee for leave to proceed *in forma pauperis* granted.  Probable jurisdiction noted.

No. 79–677.  REEVES, INC. *v.* KELLEY ET AL.  C. A. 8th Cir. Certiorari granted.

No. 79–5601.  GOMEZ *v.* TOLEDO.  C. A. 1st Cir.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–107.  CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL. *v.* PERVEL INDUSTRIES, INC. C. A. 2d Cir.  Certiorari denied.

No. 79–218.  ZIPERSTEIN ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 79–258.  BUCYRUS-ERIE CO. *v.* DEPARTMENT OF INDUSTRY, LABOR, AND HUMAN RELATIONS OF WISCONSIN ET AL. C. A. 7th Cir.  Certiorari denied.

No. 79–505.  UNIHEALTH SERVICES CORP. *v.* HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 79–554.  ALPINE INVESTMENTS, INC. *v.* BARTON ET AL. Sup. Ct. Okla.  Certiorari denied.